UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LESLIE MAIZE,

        Plaintiff,      **ORDER**
                 CV 05-4920 (JS)(ARL)
   -against-

SHERIFF EDWARD C. REILLY, et al.,

        Defendants.
------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

 Before the court is what appears to be the *pro se* plaintiff's request for additional discovery from the defendants. The plaintiff is reminded that discovery requests should not be filed with the court unless they are the subject of a discovery application.

Dated: Central Islip, New York      **SO ORDERED:**
    April 10, 2008

              _____/s/_____
              ARLENE R. LINDSAY
              United States Magistrate Judge