UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
LESLIE MAIZE,

                              Plaintiff,          **ORDER**
                                                  CV 05-4920 (JS)(ARL)

    -against-

SHERIFF EDWARD REILLY, et al.,

                              Defendants.
-------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the *pro se* plaintiff's application dated July 1, 2008, seeking to compel the defendants to produce documents. Although the deadline for discovery and discovery applications expired in April, and the case is trial ready, the defendants have nonetheless indicated that they have provided the plaintiff with an additional copy of the documents he is currently seeking and will try to respond to any specific request the plaintiff has for policy guidelines governing the medical department. The court finds the defendants offer more than reasonable.

Dated:  Central Islip, New York                **SO ORDERED:**
          July 16, 2008

                                                          _____/s/_____
                                                          ARLENE R. LINDSAY
                                                          United States Magistrate Judge